## Southern District of Texas - Houston Division, Texas
515 RUSK ST HOUSTON TX 77002

## CASE #: 4:25-CV-03756

JOE HAND PROMOTIONS, INC.

*Plaintiff*
vs
BARRA BRAVA 290 SPORTS & GRILL LLC, D/B/A BARRA BRAVA 290 SPORTS & GRILL, AND ALEX R. MARTINEZ

*Defendant*

### AFFIDAVIT OF SERVICE

I, MICHELE C FRAZIER, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 08/20/25 0:46 am, instructing for same to be delivered upon MARTINEZ, ALEX R..

That I delivered to: MARTINEZ, ALEX R.

the following            : SUMMONS; CIVIL COVER SHEET; COMPLAINT; ORDER SETTING CONFERENCE
                           FORM FOR THE JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE
                           26(F) FEDERAL RULES OF CIVL PROCEDURE; AND JUDGE ANDREW S. HANEN'S
                           Court Procedures

at this address         : 825 AUSTIN ST SUITE 813
                           HEMPSTEAD, Waller County, TX 77445

Manner of Delivery      : By PERSONALLY delivering the document(s) to the person above.

Delivered on            : Wednesday September 3, 2025 4:55 pm

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing paper are true and correct.
EXECUTED BY: _____
                              MICHELE C FRAZIER
              Texas Certification#: PSC-6606 Exp. 03/31/2027

On this day __8__ of __September__, 2025. Appeared __Michele Frazier__, before me, a notary public, and being Duly Sworn by me stated that he/she has personal knowledge of the facts set forth in the Foregoing affidavit and declared that the facts contained therein are true and correct. Given my hand and seal of office this __8__ day of __September__ 2025,



ERICA DONEZ
My Notary ID # 132729047
Expires October 14, 2028

NOTARY PUBLIC

A25803708

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Joe Hand Promotions, Inc., <br> *Plaintiff(s)* <br> v. <br> Barra Brava 290 Sports & Grill LLC, <br> d/b/a Barra Brava 290 Sports & Grill, and <br> Alex R. Martinez, <br> *Defendant(s)* | Civil Action No. 4:25-cv-03756 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALEX R. MARTINEZ
825 Austin St., Suite 813
Hempstead, Texas 77445

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jamie King
Jamie King, P.C.
P.O. Box 5757
Kingwood, Texas 77325

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: August 19, 2025

*s/ Joan Davenport*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-03756

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: