UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> - vs - <br><br> BARRA BRAVA 290 SPORTS & GRILL LLC, *et al.*, <br><br> Defendants. | CASE NO.: 4:25-cv-03756 |

**APPENDIX IN SUPPORT OF PLAINTIFF, JOE HAND PROMOTIONS, INC.'S MOTION FOR FINAL DEFAULT JUDGMENT AND SUPPORTING BRIEF**

Plaintiff, Joe Hand Promotions, Inc., by and through its attorney, files this its Appendix in Support of Plaintiff, Joe Hand Promotions, Inc.'s Motion for Final Default Judgment and Supporting Brief, as follows:

| Exhibit | Description | Appendix Page Nos. |
|---|---|---|
| Exhibit A | Attached as Exhibit A and incorporated by reference are true and correct copies of <br><br> (1) The Certificate of Formation, the December 18, 2021 Assumed Name Certificate for the assumed name "Barra Brava 290 Sports & Grill," and the Texas Franchise Tax Public Information Reports (taxpayer number redacted) for Report Years 2022-2024 for Defendant, Barra Brava 290 Sports & Grill LLC from the Texas Secretary of State, <br><br> (2) A certified copy of the Texas Limited Sales, Excise, and Use Tax Permit inquiry (taxpayer number redacted) showing the permit issued to Barra Brava 290 Sports & Grill LLC for Barra Brava 290 Sports & Grill located at 825 Austin St., Suite 813, Hempstead, Texas 77445, and | 4-14 |

**Appendix Page No. 1**

| | | |
|---|---|---|
| | (3) A Business Records Affidavit, the Public Inquiry, and a copy of the permit/certificate issued to Barra Brava 290 Sports & Grill LLC for Barra Brava 290 Sports & Grill located at 825 Austin St., Suite 813, Hempstead, Texas 77445. | |
| Exhibit B | Attached as Exhibit B and incorporated by reference is the Declaration of Joseph P. Hand III, a/k/a Joe Hand Jr., President of Plaintiff, Joe Hand Promotions, Inc. | 15-21 |
| Exhibit B(1) | Attached as Exhibit B(1) and incorporated by reference is a true and correct copy of the September 16, 2022 letter from DAZN Limited confirming that Plaintiff is the sole and exclusive commercial/non-residential distributor in the United States of America for the Program.[1] | 22 |
| Exhibit B(2) | Attached as Exhibit B(2) and incorporated by reference is a true and correct copy of the Rate Card for the Program. | 23 |
| Exhibit B(3) | Attached as Exhibit B(3) and incorporated by reference is a true and correct copy of the Piracy Affidavit of Laura Kloss along with photographs and videos. | 24-28 |
| Exhibit C | Attached as Exhibit C and incorporated by reference is the Declaration of Ryan R. Janis, Esq. | 29-30 |
| Exhibit C(1) | Attached as Exhibit C(1) and incorporated by reference is a screen shot from the Facebook Page with the username "Barra Brava 290 Sports & Grill" advertising the broadcast of the Program. | 31 |
| Exhibit C(2) | Attached as Exhibit C(2) and incorporated by reference is a true and correct copy of the Terms of Use from DAZN's website last updated on May 10, 2022 (https://www.dazn.com/en-US/news/other/terms-of-use/13lgkv5mkub1k184q4x6fkk8qj). | 32-61 |
| Exhibit D | Attached as Exhibit D and incorporated by reference is the Declaration for Attorney's Fees and Costs. | 62-66 |
| Exhibit D(1) | Attached as Exhibit D(1) and incorporated by reference are true and correct copies of the service of process invoices from Professional Civil Process for Defendants. | 67-68 |

---

[1] When used herein, the term "Program" refers to the pay-per-view broadcast of the *Canelo Alvarez vs. Gennady "GGG" Golovkin III* boxing match, including all undercard bouts and commentary, telecast on September 17, 2022.

**Appendix Page No. 2**

Respectfully submitted,

JAMIE KING, P.C.

*/s/ Jamie King*
Jamie King
Attorney-in-Charge
State Bar No. 24043755
SDTX No. 566838
P.O. Box 5757
Kingwood, Texas 77325
(832) 584-0106 Telephone
(888) 247-0443 Facsimile
jamie@jamiekingpc.com

ATTORNEY FOR PLAINTIFF,
JOE HAND PROMOTIONS, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 6th day of November, 2025, a true and correct copy of the foregoing was served as follows:

*Via this U.S. Mail, Postage Prepaid and Certified Mail, Return Receipt Requested:*

| | |
|---|---|
| Barra Brava 290 Sports & Grill LLC<br>c/o Alex Martinez<br>825 Austin St., Suite 813<br>Hempstead, Texas 77445 | Alex R. Martinez<br>825 Austin St., Suite 813<br>Hempstead, Texas 77445 |

| | |
|---|---|
| */s/ Jamie King*<br>Jamie King | 11/6/2025<br>Date |

**Appendix Page No. 3**