| | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | <br><br>**Certificate of Formation<br>Limited Liability Company** | Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 804349229 12/14/2021<br>Document #: 1102412120002<br>Image Generated Electronically<br>for Web Filing |

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**BARRA BRAVA 290 SPORTS & GRILL LLC**

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

Name:
**ALEX   MARTINEZ**

C. The business address of the registered agent and the registered office address is:

Street Address:
**825 AUSTIN ST
SUITE 813  HEMPSTEAD  TX  77445**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☑ A. The limited liability company is to be managed by managers.

OR

☐ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

| Manager 1: **ALEX   MARTINEZ** | Title: **Manager** |
|---|---|

Address: **825 AUSTIN ST   SUITE 813  HEMPSTEAD  TX, USA  77445**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

Exhibit A                                                                                                     Appendix Page No. 4

[The attached addendum, if any, is incorporated herein by reference.]

### Organizer

The name and address of the organizer are set forth below.

**Kristin McLeroy**　　702 N Thompson, Suite 130, Conroe, TX 77301

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Kristin McLeroy**

Signature of Organizer

FILING OFFICE COPY



**Office of the Secretary of State**
**Corporations Section**
P.O. Box 13697
Austin, Texas 78711-3697
(Form 503)

Filed in the Office of the
Secretary of State of Texas
Filing #: 804349229  12/18/2021
Document #: 1103608470002
Image Generated Electronically
for Web Filing

---

## ASSUMED NAME CERTIFICATE
## FOR FILING WITH THE SECRETARY OF STATE

1. The assumed name under which the business or professional service is or is to be conducted or rendered is:
**Barra Brava 290 Sports & Grill**

2. The name of the entity as stated in its certificate of formation, application for registration, or comparable document is:
**BARRA BRAVA 290 SPORTS & GRILL LLC**

3. The state, country, or other jurisdiction under the laws of which it was incorporated, organized or associated is **TEXAS**

4. The period, not to exceed 10 years, during which the assumed name will be used is : **10 year(s)**

5. The entity is a : **Domestic Limited Liability Company (LLC)**

6. The entity's principal office address is:
**825 AUSTIN ST SUITE 813, HEMPSTEAD, TX, USA 77445**

7. The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are:
**ALL COUNTIES**

8. The undersigned, if acting in the capacity of an attorney-in-fact of the entity, certifies that the entity has duly authorized the attorney-in-fact in writing to execute this document. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

**BARRA BRAVA 290 SPORTS & GRILL LLC**
**Name of the entity**

By:  **Alex Martinez**

Signature of officer, general partner, manager,
representative or attorney-in-fact of the entity


FILING OFFICE COPY

**Appendix Page No. 7**

# Texas Franchise Tax Public Information Report

**05-102** (Rev.9-11/30) — Comptroller of Public Accounts FORM

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

■ **Tcode** 13196 Franchise

■ Taxpayer number: [redacted]

■ Report year: **2 0 2 2**

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.*

| Field | Value |
|---|---|
| Taxpayer name | BARRA BRAVA 290 SPORTS & GRILL LLC |
| Mailing address | 825 AUSTIN ST STE 813 |
| City | HEMPSTEAD |
| State | TX |
| ZIP Code | 77445 |
| Plus 4 | |
| Secretary of State (SOS) file number or Comptroller file number | 0804349229 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office:
Principal place of business:

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3208227261122

### SECTION A — Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm/dd/yy) |
|---|---|---|---|
| alex r martinez | owner | ● YES | |
| Mailing address: 35899 whit williams rd | City: brookshire | State: TX | ZIP Code: 77445 |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |

### SECTION B
Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

### SECTION C
Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **ALEX MARTINEZ**
○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office | City | State | ZIP Code |
|---|---|---|---|
| 825 AUSTIN ST SUITE 813 | HEMPSTEAD | TX | 77445 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Alex R Martinez | Electronic | 03-29-2022 | (832) 578-8739 |

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○

# Texas Franchise Tax Public Information Report

05-102 (Rev.9-11/30)
Comptroller of Public Accounts FORM

■ Tcode 13196 Franchise

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Taxpayer number: [redacted]

■ Report year: **2 0 2 3**

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.*

| Field | Value |
|---|---|
| Taxpayer name | BARRA BRAVA 290 SPORTS & GRILL LLC |
| Mailing address | 825 AUSTIN ST STE 813 |
| City | HEMPSTEAD |
| State | TX |
| ZIP Code | 77445 |
| Plus 4 | |
| Secretary of State (SOS) file number or Comptroller file number | 0804349229 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office:
Principal place of business:

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3208227261123

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| ALEX R MARTINEZ | DIRECTOR | ● YES | |
| Mailing address: 35899 WHIT WILLIAMS RD | City: BROOKSHIRE | State: TX | ZIP Code: 77445 |
| ALEX R MARTINEZ | OWNER | ○ YES | |
| Mailing address: 35899 WHIT WILLIAMS RD | City: BROOKSHIRE | State: TX | ZIP Code: 77445 |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **ALEX MARTINEZ**
Office: **825 AUSTIN ST SUITE 813**  City: **HEMPSTEAD**  State: **TX**  ZIP Code: **77445**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title | Date | Area code and phone number |
|---|---|---|---|
| Miguelina R Suarez | Electronic | 11-15-2023 | (832) 578-8739 |

**Texas Comptroller Official Use Only**

VE/DE ○   PIR IND ○

(Taxpayer number redacted)

Appendix Page No. 9

# Texas Franchise Tax Public Information Report

**05-102** (Rev.9-11/30) — Comptroller of Public Accounts FORM

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

■ Tcode 13196 Franchise

■ Taxpayer number: [redacted]

■ Report year: 2 0 2 4

You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

Taxpayer name: **BARRA BRAVA 290 SPORTS & GRILL LLC**
Mailing address: **825 AUSTIN ST STE 813**
City: **HEMPSTEAD**  State: **TX**  ZIP Code: **77445**  Plus 4:
Secretary of State (SOS) file number or Comptroller file number: **0804349229**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office:
Principal place of business:

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3208227261124

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| ALEX R MARTINEZ | DIRECTOR | ● YES | |
| Mailing address: 35899 WHIT WILLIAMS RD | City: BROOKSHIRE | State: TX | ZIP Code: 77445 |
| ALEX R MARTINEZ | OWNER | ○ YES | |
| Mailing address: 35899 WHIT WILLIAMS RD | City: BROOKSHIRE | State: TX | ZIP Code: 77445 |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **ALEX MARTINEZ**
Office: **825 AUSTIN ST SUITE 813**  City: **HEMPSTEAD**  State: **TX**  ZIP Code: **77445**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶ **Miguelina R Suarez**  Title: **Electronic**  Date: **08-02-2024**  Area code and phone number: **(832) 578-8739**

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○



TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

THE STATE OF TEXAS   §

COUNTY OF TRAVIS   §

I, Bridget Smith, of the Open Records Section of the Comptroller of Public Accounts of the State of Texas, DO HEREBY CERTIFY AND ATTEST, that I am a custodian of tax records and files of the Comptroller of Public Accounts.

I FURTHER CERTIFY that a Texas Limited Sales, Excise, and Use Tax Permit was issued to Barra Brava 290 Sports & Grill LLC, taxpayer number ▮▮▮▮▮▮▮▮▮▮, 825 Austin St., Ste. 813, Hempstead, Texas 77445-4648. The permit status is as follows:

Barra Brava 290 Sports & Grill
825 Austin St Ste 813
Hempstead TX 77445
Responsibility Begin Date: 02/01/2022
Active

I FURTHER CERTIFY these records consist of official records or reports or entries therein, or documents authorized by law to be recorded or filed, and actually recorded or filed, in a public office, including data compilations, in any form, certified as correct by the custodian or other person authorized to make the certification.

IN TESTIMONY WHEREBY, I have hereunto signed my name officially and caused to be impressed on this 24th day of October 2025 A.D.

_____
Bridget Smith, Custodian of Records
Open Records Section
Operations & Support Legal Services Division
Texas Comptroller of Public Accounts

BS

# BUSINESS RECORDS AFFIDAVIT

STATE OF TEXAS §
§
COUNTY OF TRAVIS §

Before me, the undersigned authority, personally appeared **Mary Dougherty, Records Management Officer**, to me well known, and who, after being duly sworn, deposed as follows:

I, **Mary Dougherty**, am of sound mind, capable of making this affidavit. I am the duly authorized custodian of records for the Texas Alcoholic Beverage Commission (TABC), and in such capacity, pursuant to Texas Alcoholic Beverage Code §5.44(a)(7), have authority to certify the attached records.

Attached hereto are **2** pages of records maintained by TABC regarding **BARRA BRAVA 290 SPORTS & GRILL LLC dba BARRA BRAVA 290 SPORTS & GRILL | 200049589**.

These said pages of records are kept by TABC in the regular course of business, and it was the regular course of business for an employee or representative of TABC, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

*Mary Dougherty*
Affiant

SWORN TO AND SUBSCRIBED before me on the 17th day of October, 2025.

ANGELA SMITH,
Notary Public State Of Texas
Notary without Bond #134512204
Commission Expires 8/14/2027

*Angela Smith*
Notary Public, State of Texas

Notary's printed name: **Angela Smith**

My commission expires: **August 14, 2027**

TABC R012744-101425

[Back] [Export to Excel]    [Print Results]

| | |
|---|---|
| **Master File Id:** | 2200058231 |
| **Legacy CLP:** | |
| **License Type:** | MB |
| **License Id:** | 200049589 |
| **Trade Name:** | BARRA BRAVA 290 SPORTS & GRILL |
| **Owner:** | BARRA BRAVA 290 SPORTS & GRILL LLC |
| **Location Address:** | 825 AUSTIN ST, SUITE 813<br>HEMPSTEAD , TX 77445<br>United States |
| **Mailing Address:** | 825 AUSTIN ST, SUITE 813<br>HEMPSTEAD , TX 77445<br>United States |
| **County:** | Waller |
| **Original Issue Date:** | 2/4/2022 |
| **License Status:** | Active |
| **Current Issued Date:** | 3/6/2024 |
| **Wine Percent:** | |
| **Location Phone No.:** | |
| **Status Change Date:** | 3/6/2024 |
| **Gun Sign:** | RED |
| **Expiration Date:** | 2/3/2026 |
| **Subordinates (list):** | LH |

**Appendix Page No. 13**

