

**DAZN Limited**
12 Hammersmith Grove,
London,
England,
W6 7AP

+44 (0)20 39575830
Reg no. 09676399

Joseph P. Hand, III, President
Joe Hand Promotions, Inc.
213 W. Street Road
Feasterville, PA 19053

September 16, 2022

Dear Mr. Hand:

This letter shall confirm that Joe Hand Promotions, Inc. is the sole and exclusive commercial/non-residential distributor in the United States of America for the live pay-per-view broadcast of Canelo Alvarez vs. Gennady "GGG" Golovkin 3 on Saturday, September 17, 2022 (the "Event"). Joe Hand Promotions, Inc. has been granted the exclusive right to distribute and authorize the exhibition of the live Event pay-per-view broadcast at commercial/non-residential establishments (excluding Movie Theaters) throughout the United States of America.

Sincerely,

DAZN Limited

By: _____

Printed Name: <u>Iain Richardson</u>

Title: <u>Senior Legal Counsel</u>