# CANELO VS GGG III PPV SEPT 17, 2022 COMMERCIAL PRICING

Ratecard is $20 a head + $150 activation fee.

| FCO | Rate to Customer |
|---|---|
| 0-50 | $1,150 |
| 51-75 | $1,650 |
| 76-100 | $2,150 |
| 101-125 | $2,650 |
| 126-150 | $3,150 |
| 151-175 | $3,650 |
| 176-200 | $4,150 |
| 201-225 | $4,650 |
| 226-250 | $5,150 |
| 251-275 | $5,650 |
| 276-300 | $6,150 |
| 300+ | Ask for Pricing |

**Casinos to be charged $22 per head.**

**\*FOR A SITEWIDE CASINO ACTIVATION PLEASE CONTACT JOHN KIRK.\***

Contact Joe Hand Promotions
**1-800-557-4263**
JOEHANDPROMOTIONS.COM

Exhibit B(2)                    Appendix Page No. 23