## PIRACY AFFIDAVIT

**STATE OF: TEXAS**

**COUNTY OF: WALLER**

      I, the undersigned, being duly sworn according to law, deposes and says, that on **9/17/22**, I entered the commercial establishment known as **BARRA BRAVA 290 SPORTS & GRILL**, located at **825 AUSTIN ST SUITE 813** City **HEMPSTEAD** State **TX**, at approximately **10:20 PM**. This establishment is described as a **1** story building with **UNK** apartment(s) on top of the establishment.

I paid the sum of **$ 20** cover charge to enter the establishment. The doorperson is described as **N/A**

I ordered a **SODA** from the bartender, whose name was **UNK** and is described as **FEMALE, CAUCASIAN, 25-30 YEARS OLD, 5'3", 125 LBS, LONG BLONDE HAIR** wearing **BLACK TEE SHIRT & JEANS**

I observed **13** television sets, which are described as: size **55 IN & ROJECTORS** make **UNK** each of which is located in the following position within the establishment **BEHIND BAR & THROUGHOUT ESTABLISHMENT.**

On the television sets I observed the **4ᵀᴴ round** of the match between the following fighters **CANELO ALVAREZ VS GENNADIY GOLOVKIN.**

**ALVAREZ** was wearing **RED** trunks and **GOLOVKIN** was wearing **WHITE** trunks.

I also observed **the following action in the ring:**
**PUNCHES EXCHANGED BETWEEN ALVAREZ & GOLOVKIN.**

I also observed the following logo(s) on the screen: **DAZN IN THE UPPER RIGHT CORNER**.

The inside of the establishment can be described as follows: **LARGE STRAIGHT BAR LEFT OF ENTRANCE, BLUE LED LIGHTING UNDER BAR, ILLUMINATED "BUDWEISER" SIGN BEHIND BAR, PUB TABLES & CHAIRS IN CENTER OF ROOM, POOL TABLE, MEDIUM SIZE STAGE RIGHT OF ENTRANCE, DARK COLORED WALLS, EXPOSED BLACK CEILING W/ STAINLESS STEEL AIR DUCT**

In my opinion, the approximate capacity of this establishment is **150** people. At the time I was in the establishment, I took three head counts. I counted approximately **120** people on the first count, **120** people on the second count, and **120** people on the third count.

I left the establishment at approximately **11:40 PM**.

I took **2** pictures of the outside of the above described establishment **on 9/17/22 date and at approximately 10:19 PM** and **2** vides of the inside of the above described establishment **on 9/17/22 date and at approximately 10:45 PM** which are attached hereto and made a part hereof and are intended to substantiate and verify the location of my observations as described herein.

There was a parking lot adjacent to the establishment in which I noted the following vehicles by their make/model/ color and license plates: **N/A**

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

Dated: __11/30__, 2022

Signed: _~Laura Kloss~_

Print Name: LAURA KLOSS

Agency: OMNI PRESENT INVESTIGATIONS

   Address: 256 SUNRISE HWY, STE 1-344

   City/State/Zip: ROCKVILLE CENTRE, NY, 11570

Phone/fax: 516-369-1920/516-632-8690

PI # 11000120623

State of __Texas__ )
                 ) ss.:
County of __Brazoria__ )

On the __30__ day of __November__, **2022**, before me, the undersigned, a Notary Public in and for said State, personally appeared, __Laura A. Kloss__, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_~signature~_

Notary Public

Elizabeth Michelle Osorio
My Commission Expires
4/8/2026
Notary ID
133698437
NOTARY PUBLIC
STATE OF TEXAS

**Appendix Page No. 25**





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　- vs -<br><br>BARRA BRAVA 290 SPORTS & GRILL LLC, *et al.,*<br><br>　　　　　Defendants. | CASE NO.: 4:25-cv-03756 |

## <u>VIDEOS ATTACHED TO AND MADE A PART OF EXHIBIT B(3)</u>

*Please see* the attached envelope containing a CD with videos titled as follows:

- <u>BARRA BRAVA 290 SPORTS & GRILL VID.MOV</u>

- <u>BARRA BRAVA 290 SPORTS & GRILL VID 2.MOV</u>

In addition, below is a link containing the above referenced videos as follows:

https://www.dropbox.com/scl/fo/tb3al53hm661tg5t1n50h/AJSpKyxpqPfroiOv3ariFUA?rlkey=u0kesvl22fs0oq87an9dm9knz&st=wmqwyvgx&dl=0

**Appendix Page No. 28**