UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOE HAND PROMOTIONS, INC.,

Plaintiff,

- vs -

BARRA BRAVA 290 SPORTS & GRILL LLC, et al.,

Defendants.

CASE NO.: 4:25-cv-03756

### DECLARATION OF RYAN R. JANIS, ESQ.

I, RYAN R. JANIS, declare as follows:

1. My name is Ryan R. Janis. I am over the age of 18 years and competent to make this declaration. I am an attorney duly licensed in the Commonwealth of Pennsylvania and the State of New Jersey, and I am an owner at Jekielek & Janis. I am the national counsel and attorney in fact for Plaintiff, Joe Hand Promotions, Inc. By virtue of my duties, the facts stated in this declaration are within my personal knowledge and are true and correct.

2. Plaintiff, Joe Hand Promotions, Inc. hired the law firm of Jekielek & Janis to, in part, assist Plaintiff in connection with the discovery and prosecution of piracy of its proprietary programming.

3. Attached to this declaration as Exhibit C(1) is a screen shot I took from social media, namely the Facebook Page with the username of "Barra Brava 290 Sports & Grill," advertising the September 17, 2022 pay-per-view broadcast of the *Canelo Alvarez vs. Gennady "GGG" Golovkin III* boxing program, stating, in part, "Let get ready to rumble!!...Canelo Vs GGG (9/17/22) the fight of champions is finally here. The moment we all been waiting for. Who

Exhibit C                    Appendix Page No. 29

will be the true fighter join us for live event at BARRA BRAVA 290 SPORTS & GRILL" and advertising a $20.00 cover charge. I captured the screen shot attached to this declaration as Exhibit C(1), which screen shot is of the computer screen and shows what I could see, as a member of the public, on social media. In my social media searches, I do not "friend" or "like" or take any affirmative steps to enable me to view that which is not made available for viewing by the public.

4.  Attached as Exhibit C(2) is a true and correct copy of the Terms of Use I obtained from DAZN's website at https://www.dazn.com/en-US/news/other/terms-of-use/13lgkv5mkub1k184q4x6fkk8qj, last updated on May 10, 2022 stating, in part, "As a visitor to our site, you may download a single copy of the material for your own non-commercial, private viewing purposes only."

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 22nd day of October, 2025 at Trevose, Pennsylvania.

_____
Ryan R. Janis, Esq.