

Exhibit C(1)     Appendix Page No. 31