Home     All sports     Live TV     Schedule     News     Log in     Sign up now

**Exhibit C(2)**          **Appendix Page No. 32**

1 of 30                                                                8/11/2025, 7:23 PM

Other

# Terms of Use

 DAZN  Published by  DAZN

10, May 22 



## Last updated: 10 May 2022

## 1.    INFORMATION ABOUT US

1. Hello and welcome to DAZN News, a sporting news website operated by DAZN Limited ("We", "Us"). The DAZN News site ("our site") supplements our subscription service that provides subscribers with access to a range of sports events from around the world streamed to a range of devices including Internet-connected TVs, computers and other platforms ("DAZN Service").

2. We are a company registered in England and Wales under company number 09676399 and have our registered office at 12 Hammersmith Grove, London, W6 7AP, United Kingdom.   We are part of the

## Top stories

Boxing

### Anthony Joshua vs Dillian Whyte revisited: When unbeaten British heavyweig...

 DAZN            8 hours ago



Boxing

### Manny Pacquiao shoots to No.1, Hamzah Sheeraz given clear path to Canelo: WBC...

 DAZN            9 hours ago

**See more**

**Appendix Page No. 33**

DAZN Group Limited ("DAZN Group").

2.    TERMS OF WEBSITE USE

1. This page (together with the documents referred to on it) sets out the terms of use on which you may make use of our site.   Please read these terms of use carefully before you start to use the site. By using our site, you indicate that you accept these terms of use, which include the privacy policy that applies to our site (the "Privacy Policy") and that you agree to abide by them.  If you do not agree to these terms of use or the Privacy Policy, please refrain from using our site.

2. The DAZN Service is governed by separate Terms of Use and a separate Privacy Policy, which you must read and accept as a subscriber to the DAZN Service.

3.    INTELLECTUAL PROPERTY RIGHTS

1. We are the owner or the licensee of all intellectual property rights in our site, and in the material published on it.   Those works are protected by copyright laws and treaties around the world.   All such rights are reserved to us and our

**Appendix Page No. 34**

reserved to us and our licensors.  As a visitor to our site, you may download a single copy of the material for your own non-commercial, private viewing purposes only.   No copying or distribution for any commercial or business use is permitted without our prior written consent.

2. You must not modify the paper or digital copies of any materials you have printed off or downloaded in any way, and you must not use any illustrations, photographs, video or audio sequences or any graphics separately from any accompanying text. In addition, you may not include a link to our site or display the contents of our site surrounded or framed or otherwise surrounded by material not originating from Us without our consent.

3. Our status (and that of any identified contributors) as the authors of material on our site must always be acknowledged.

4. If you print off, copy or download any part of our site in breach of these terms of use, your right to use our site will cease immediately and you must, at our option, return or destroy any copies of the materials you have made.

**Appendix Page No. 35**

mode.

5. "DAZN News" is a trade mark of the DAZN Group. All other trade marks used on our site are the property of their respective owners.

4.     ACCEPTABLE USE

1. You may use our site only for lawful purposes. You may not use our site:

1. In any way that breaches any applicable local, national or international law or regulation.

2. In any way that is unlawful or fraudulent, or has any unlawful or fraudulent purpose or effect.

3. For the purpose of harming or attempting to harm minors in any way.

4. To send, knowingly receive, upload, download, use or re-use any material which does not comply with our content standards below.

5. To transmit, or procure the sending of, any unsolicited or unauthorised advertising or promotional material or any other form of similar solicitation (spam).

6. To knowingly transmit any data, send or upload any material that contains viruses, Trojan horses, worms, time-bombs, keystroke loggers, spyware, adware or any other harmful programs or similar computer code designed to

**Appendix Page No. 36**

adversely affect the operation of any computer software or hardware.

2. You also agree not to access without authority, interfere with, damage or disrupt:

1. any part of our site;

2. any equipment or network on which our site is stored;

3. any software used in the provision of our site; or

4. any equipment or network or software owned or used by any third party.

## 5. MESSAGE FEATURES AND CONTENT USE

1. Whenever you make use of a feature that allows you to upload material to our site, or to make contact with other users of our site, you must comply with this section. You undertake that any such contribution complies with those standards.

2. Our site may offer opportunities for you to transmit messages in connection with various features including email, message boards & chat rooms ("Message Features").

3. Where we do provide any Message Features, we will provide clear information to you about the kind of service offered, if it is moderated and what form of moderation is used (including whether it is

**Appendix Page No. 37**

human or technical).

4. We will do our best to assess any possible risks for users (and in particular, for children) from third parties when they use any Message Services provided on our site, and we will decide in each case whether it is appropriate to use moderation of the relevant service (including what kind of moderation to use) in the light of those risks. However, we are under no obligation to oversee, monitor or moderate any Message Features we provide on our site, and we expressly exclude our liability for any loss or damage arising from the use of any Message Features by a user in contravention of our content standards, whether the service is moderated or not.

5. The use of any of our Message Features by a minor is subject to the consent of their parent or guardian. We advise parents who permit their children to use our Message Features that it is important that they communicate with their children about their safety online, as moderation is not foolproof.  Minors who are using any Message Feature should be made aware of the potential risks to them.

**Appendix Page No. 38**

6. Where we do moderate a Message Feature, we will normally provide you with a means of contacting the moderator, should a concern or difficulty arise.

7. You must use Message Features in a responsible manner, and are solely responsible for any content you transmit.   You must not transmit any message ("Message") in connection with any Message Feature that:

1. imposes an unreasonable or disproportionately large load on our site's infrastructure, or otherwise adversely affects, restricts or inhibits any other user from using and enjoying our site;

2. is threatening, abusive, libellous, defamatory, obscene, vulgar, offensive, pornographic, profane, sexually explicit or indecent;

3. promotes violence;

4. promotes discrimination based on race, sex, religion, nationality, disability, sexual orientation or age;

5. constitutes or encourages conduct that would constitute a criminal offence, give rise to civil liability or otherwise violate any local, state, national or international law;

6. violates, plagiarises or infringes the rights of third

**Appendix Page No. 39**

parties including, without limitation, copyright, trademark, patent, rights of privacy or publicity or any other proprietary right;

7. breaches any legal duty owed to a third party, such as a contractual duty or a duty of confidence;

8. contains any information, software or other material of a commercial nature;

9. contains advertising, promotions or commercial solicitations of any kind;

10. will be likely to harass, upset, embarrass, alarm or annoy any other person;

11. constitutes or contains false or misleading indications of origin or statements of fact;

12. is used to impersonate any person, or to misrepresent your identity or affiliation with any person (including giving the impression that such Message emanates from Us);

13. contains material irrelevant to the subject matter of the Message Feature; or

14. contains any virus, Trojan horse, worm, time bomb, cancelbot or other similar harmful programming routine.

8. We will determine, in our discretion, whether there has been a breach of our

**Appendix Page No. 40**

acceptable use policy or content use policy through your use of our site. When a breach of this policy has occurred, we may take such action as we deem appropriate (including but not limited to editing or deleting any Message or User Name transmitted by you).

9. Failure to comply with this acceptable use policy constitutes a material breach of our terms of website use upon which you are permitted to use our site, and may result in our taking all or any of the following actions:

1. Immediate, temporary or permanent withdrawal of your right to use our site.

2. Immediate, temporary or permanent removal of any posting or material uploaded by you to our site.

3. Issue of a warning to you.

4. Legal proceedings against you for reimbursement of all costs on an indemnity basis (including, but not limited to, reasonable administrative and legal costs) resulting from the breach.

5. Further legal action against you.

6. Disclosure of such information to law enforcement authorities as we reasonably feel is necessary.

10. We exclude liability for actions taken in response to

actions taken in response to breaches of this acceptable use policy. The responses described in this policy are not limited, and we may take any other action we reasonably deem appropriate.

6.    CHILDREN AND YOUNG PEOPLE

1. Our site is primarily aimed at users who are over the age of 18. There are however no barriers to those under 18 accessing our site or registering as users. Users under 18 should only use our site with the permission of a parent or guardian. The parents or guardians of anyone under 18 using our site should review these terms of use carefully.

7.    INFORMATION AND AVAILIBILITY

1. While We take every care to ensure that the information on our site is accurate and complete, some of it is supplied to Us by third parties and We are unable to check its accuracy or completeness.  You are advised to verify the accuracy of any information before relying on it.  Further, due to the inherent nature of the internet, errors interruptions and delays may

**Appendix Page No. 42**

occur in the service at any time. Accordingly, our site is provided "as is" without any warranties of any kind and We do not accept any liability arising from any inaccuracy or omission in the information or interruption in availability.

8.     LINKS FROM OUR SITE

1. Where our site contains links to other sites and resources provided by third parties we have no control over the contents of those sites or resources, and accept no responsibility for them or for any loss or damage that may arise from your use of them.

9.     COMPETITIONS AND VOTES

1. From time to time, We (or selected third parties) may include votes, competitions, promotions or other offers on our site. Each such offer shall be subject to its own express terms and may not be available in all jurisdictions.

10.     MOBILE TERMS OF USE

1. When accessing our site via mobile, standard network charges apply. Your handset must be WAP enabled. You may incur additional WAP

**Appendix Page No. 43**

and GPRS charges from your network operator according to your contract.

11.    VARIATION

1. We may revise these terms of use at any time by amending this page.  You are expected to check this page from time to time to take notice of any changes we make, as they are binding on you. Some of the provisions contained in these terms of use may also be superseded by provisions or notices published elsewhere on our site.

12.    INDEMNITY

1. You agree to indemnify us and our affiliates and our respective directors, officers, employees and agents, as well as their licensors and suppliers, from and against any and all claims, actions, suits or proceedings, as well as any and all losses, liabilities, damages, costs and expenses (including reasonable legal fees) arising out of:
1. any misrepresentation, act or omission made by you in connection with your use of our site;
2. any non-compliance by you with these terms of use; and
3. claims brought by third

**Appendix Page No. 44**

parties arising from or related to your access or use of our site, including without limitation the Message Features or other information made available by you to our site.

## 13.   LIABILITY

1. In respect of all aspects of our site other than our supply of products (and subject to the other provisions of this Section 13), We, any other party (whether or not involved in creating, producing, maintaining or delivering our site), and any of our group companies and the officers, directors, employees, shareholders or agents of any of them, exclude all liability and responsibility for any amount or kind of loss or damage that may result to you or a third party (including without limitation, any direct, indirect, punitive or consequential loss or damages, or any loss of income, profits, goodwill, data, contracts, use of money, or loss or damages arising from or connected in any way to business interruption, and whether in tort (including without limitation negligence), contract or otherwise) in connection with our site in any way or the Message

any way or the Message Features or in connection with the use, inability to use or the results of use of our site, any websites linked to our site or the material on such websites, including but not limited to loss or damage due to viruses that may infect your computer equipment, software, data or other property on account of your access to, use of, or browsing our site or your downloading of any material from our site or any websites linked to our site.

2. If you choose to post your location, your intended location or any other such personal information via the Message Features or by any other method on our site you accept that this is entirely at your own risk and we are not responsible for any loss or harm which occurs as a result of your sharing any information about your location or intended location.

3. This Section does not in any way limit our liability:

1. for death or personal injury caused by our negligence;

2. for fraud or fraudulent misrepresentation; or

3. for any matter for which it would be illegal for us to exclude, or attempt to exclude, our liability.

4. Where you buy any product or service from a third party

**Appendix Page No. 46**

or service from a third party seller through our site, the seller's individual liability will be set out in the seller's terms and conditions.

14.    JURISDICTION AND APPLICABLE LAW

1. The English courts will have exclusive jurisdiction over any claim arising from, or related to, a visit to our site.

2. These terms of use and any dispute or claim arising out of or in connection with them or their subject matter or formation (including non-contractual disputes or claims) shall be governed by and construed in accordance with the law of England and Wales.

15.    CONTACT US

1. If you have any concerns about material that appears on our site, please contact Us at help@dazn.com. (place "re: DAZN News terms of service" in the e-mail's subject line).

0

**Appendix Page No. 47**

**Appendix Page No. 48**

**Appendix Page No. 49**

**Appendix Page No. 50**

**Appendix Page No. 51**

**Appendix Page No. 52**

Case 4:25-cv-03756     Document 15-10     Filed 11/06/25 in TXSD     Page 22 of 30

**Appendix Page No. 53**

Case 4:25-cv-03756    Document 15-10    Filed 11/06/25 in TXSD    Page 23 of 30

**Appendix Page No. 55**

https://www.dazn.com/en-US/news/other/terms-of-use/13lgkv5mkub1...

**Appendix Page No. 56**

**Appendix Page No. 57**

**Appendix Page No. 58**

**Appendix Page No. 59**

Case 4:25-cv-03756     Document 15-10     Filed 11/06/25 in TXSD     Page 29 of 30

**Appendix Page No. 60**

**Appendix Page No. 61**