UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>- vs -<br><br>BARRA BRAVA 290 SPORTS & GRILL LLC, *et al.*,<br><br>Defendants. | CASE NO.: 4:25-cv-03756 |

## DECLARATION FOR ATTORNEY'S FEES AND COSTS

I, Jamie King, declare as follows:

1. My name is Jamie King. I am qualified in all respects to make this Declaration. I am over the age of 18 years, of sound mind, and am competent to give this Declaration. The facts stated in this Declaration are within my personal knowledge and are true and correct.

2. I am an attorney licensed to practice law in the State of Texas and before this Court. I am an attorney for Jamie King, P.C. I was admitted to the bar in the State of Texas in 2004 and am licensed/admitted to practice law in the courts of the State of Texas, the United States District Courts for the Southern, Eastern, Northern, and Western Districts of Texas, and the United States Court of Appeals for the 5th Circuit and 6th Circuit. I received a bachelor of science from the University of Houston in 1997 and a doctor of jurisprudence (magna cum laude) from South Texas College of Law in 2003.

3. Plaintiff, Joe Hand Promotions, Inc. retained the law firm of Jamie King, P.C. to represent it in this case. It was necessary for Joe Hand Promotions, Inc. to retain counsel to represent it in this case.

1

4. I am knowledgeable and experienced regarding the topic of attorney's fees and prepare fee agreements for Jamie King, P.C. I have handled many cases in which I negotiated and collected attorney's fees. I have handled and am in the process of handling in excess of five hundred (500) anti-piracy cases, including cases filed or to be filed.

5. I have reasonably expended or will expend a minimum of 11.60 hours in connection with the prosecution of Plaintiff's claims through the filing of Plaintiff, Joe Hand Promotions, Inc.'s Motion for Final Default Judgment and Supporting Brief, which hours were reasonably or will reasonably be expended, as follows:

| Month/Year | Hour(s) | Description (privileged information redacted) |
|---|---|---|
| July 2025 | 2.20 | Review file, perform due diligence and public records research, initial preparation of Complaint, and prepare report ▓▓▓ (1.9). Prepare notice letter and serve (0.3). |
| August 2025 | 2.60 | Amend Complaint and prepare report ▓▓▓ (0.7). Amend Complaint, prepare Civil Cover Sheet and Summons, and file (1.3). Receipt and review of Order Setting Conference, docket deadlines, and prepare report ▓▓▓ (0.2). Prepare letter to process server and collate documents re: service of process (0.2). Prepare and file Certificate of Interested Parties (0.2). |
| September 2025 | 1.00 | File affidavits of service re: Barra Brava 290 Sports & Grill LLC and Alex R. Martinez (0.2). Prepare and file Request for Clerk's Entry of Default against Defendants; prepare letter to Case Manager re: courtesy copy (0.8). |
| October 2025 | 0.30 | Prepare and file Motion for Continuance of the November 13, 2025 Initial Pretrial Conference and proposed Order (0.3). |
| October/November 2025 | 5.50 | Time spent or will be spent related to preparing and filing Plaintiff, Joe Hand Promotions, Inc.'s Motion for Final Default Judgment and Supporting Brief (5.5). |
| Total | 11.60 | |

2

6. It is my opinion that an hourly rate of $250.00 per hour is reasonable for my services for a reasonable fee in the total amount of $2,900.00 for the time spent or will be spent related to prosecuting Plaintiff's claims through the filing of Plaintiff, Joe Hand Promotions, Inc.'s Motion for Final Default Judgment and Supporting Brief, considering my knowledge and experience, the usual and customary charges in this area for the same or similar services for attorneys with similar experience, reputation and ability, the type of controversy, and the time limitations imposed. *Please see* attorney's fees awards in favor of Plaintiff in anti-piracy cases such as this case in the Southern District of Texas as follows:

- *Joe Hand Promotions, Inc. v. Beach Bums Bar LLC, et al.,* No. 3:24-cv-00229 (S.D. Tex. May 7, 2025) (Final Judgment) (Brown, J.).

- *Joe Hand Promotions, Inc. v. Bikers House Bar and Grill LLC, et al.,* No. 1:18-cv-00181 (S.D. Tex. May 7, 2019) (Final Default Judgment) (Rodriguez Jr., J.).

- *Joe Hand Promotions, Inc. v. Boot Texan Kitchen LLC, et al.,* No. 4:23-cv-04817 (S.D. Tex. May 29, 2025) (Final Default Judgment) (Eskridge, J.).

- *Joe Hand Promotions, Inc. v. Crystal Jeffliz LLC Corp, et a.l, et al.,* No. 4:22-cv-02097 (S.D. Tex. October 31, 2022) (Final Judgment) (Rosenthal, J.).

- *Joe Hand Promotions, Inc. v. E&C Promotions LLC, et al.,* No. 1:19-cv-00171 (S.D. Tex. February 5, 2020) (Final Default Judgment) (Rodriguez Jr., J.).

- *Joe Hand Promotions, Inc. v. Empire Live LLC, et al.,* No. 4:23-cv-04108 (S.D. Tex. May 17, 2024) (Final Default Judgment) (Bennett, J.).

- *Joe Hand Promotions, Inc. v. Flores Property Holdings LLC, et al.,* No. 2:24-cv-00099 (S.D. Tex. January 30, 2025) (Final Default Judgment) (Gonzales Ramos, J.).

- *Joe Hand Promotions, Inc. v. Gamboa, et al.,* No. 4:24-cv-01168 (S.D. Tex. February 20, 2025) (Final Default Judgment) (Hoyt, J.).

- *Joe Hand Promotions, Inc. v. Mata Mirelez, Inc., et al.,* No. 4:17-cv-03597 (S.D. Tex. October 15, 2018) (Final Default Judgment) (Hanen, J.).

- *Joe Hand Promotions, Inc. v. Norstar Club, Inc, et al.,* No. 4:23-cv-01656 (S.D. Tex. September 28, 2023) (Final Default Judgment) (Rosenthal, J.).

- *Joe Hand Promotions, Inc. v. Robert L. Carter, et al.*, No. 4:21-cv-03887 (S.D. Tex. April 22, 2022) (Final Default Judgment) (Lake, J.).

- *Joe Hand Promotions, Inc. v. Rojas, et al.*, No. 4:18-cv-04084 (S.D. Tex. April 10, 2019) (Final Default Judgment) (Hoyt, J.).

- *Joe Hand Promotions, Inc. v. Round DHA LLC, et al.*, No. 4:17-cv-03199 (S.D. Tex. December 27, 2018) (Entry of Default and Final Default Judgment) (Hittner, J.).

- *Joe Hand Promotions, Inc. v. Ruben Lua, et al.*, No. 4:21-cv-00051 (S.D. Tex. May 3, 2022) (Final Default Judgment) (Eskridge, J.).

- *Joe Hand Promotions, Inc. v. S Lounge, Inc., et al.*, No. 4:24-cv-00609 (S.D. Tex. May 27, 2025) (Final Default Judgment) (Eskridge, J.).

- *Joe Hand Promotions, Inc. v. Sergio Ray Ramirez, et al.*, No. 7:18-cv-00346, 2020 WL 43495 at *6 (S.D. Tex. January 3, 2020) (Opinion & Order) (Alvarez, J.).

- *Joe Hand Promotions, Inc. v. SNP Hookah Lounge and Grill, et al.*, No. 4:18-cv-01666, 2019 WL 3500854 at *4 (S.D. Tex. July 31, 2019) (Memorandum and Order, Final Judgment) (Atlas, J.).

- *Joe Hand Promotions, Inc. v. Tejas Libertad, Inc., et al.*, No. 4:17-cv-01795, 2018 WL 8261584 at *2 (S.D. Tex. August 13, 2018) (Order, Final Judgment) (Ellison, J.).

- *Joe Hand Promotions, Inc. v. Vargas, et al.*, No. 7:18-cv-00332 (S.D. Tex. May 29, 2019) (Amended Opinion and Order, Amended Final Judgment) (Alvarez, J.).

7. As of the filing of Plaintiff's Motion for Final Default Judgment and Supporting Brief, Plaintiff has incurred costs in at least the amount of $555.00, consisting of the following:

   a.   $405.00 in filing fees for the Complaint and

   b.   $150.00 related to service of process.

True and correct copies of the invoices from Professional Civil Process are attached as Exhibit D(1) and incorporated by reference.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 6th day of November, 2025 at Houston, Texas.

Jamie King
*Attorney for Plaintiff,*
*Joe Hand Promotions, Inc.*