# INVOICE

## *Professional Civil Process*

REMIT PAYMENT TO:
*103 Vista View Trail*
*Spicewood, TX, 78669*

QUESTIONS REGARDING CHARGES ON THIS INVOICE ARE TO BE
DIRECTED TO THE BILLING DEPARTMENT AT: (512) 477-3500

EIN NO.:76-0068034
A CORPORATION - NO 1099 REQUIRED

```
                                           Customer    Date       Invoice
    Bill To:                               10073       09/10/25   A25803707
            King, Jamie
            Jamie King, P.C.               Phone: (832) 584-0106
            PO Box 5757                    Fax# : (888) 247-0443
            Kingwood TX 77325


   Case Info: JOE HAND PROMOTIONS, INC.
              vs. BARRA BRAVA 290 SPORTS & GRILL LLC, D/B/A BARRA BRAVA 290 SPORTS
       Court: Southern District of Texas - Houston Division
       Case#: 4:25-CV-03756
   Your Ref#: JHP-25-43-BARRA BRAV  Received On: 08/19/25

   Regarding: Personally Served BARRA BRAVA 290 SPORTS & GRILL LLC, D/B/A BARRA BRAVA 290
              SPORTS & GRILL BY DELIVERING TO ITS REGISTERED AGENT, ALEX MARTINEZ at 825
              AUSTIN ST  SUITE 813 HEMPSTEAD, TX 77445 on 09/03/25 at 16:55:00
   Documents: SUMMONS; CIVIL COVER SHEET; COMPLAINT; ORDER SETTING CONFERENCE; JOINT
              DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(F) FEDERAL RULES OF CIVL
              PROCEDURE; JUDGE ANDREW S.

                                         OC   REGULAR O/C SERVED         95.00
                                         ND   NOTARY FEE                 10.00




                                              INVOICE TOTAL:    $    105.00
                                              PAID TO DATE:     $        .00
                                                  LATE FEE:     $        .00
                                              BALANCE DUE:      $    105.00
---------------------------------[PLEASE DETACH AND RETURN]------------------------
```

## *Professional Civil Process*

~A25803707+

```
    Bill To:
            King, Jamie                    a    Customer    Date       Invoice
            Jamie King, P.C.                    10073       09/10/25   A25803707
            PO Box 5757
            Kingwood TX 77325                   BALANCE DUE:    $ 105.00


  Return to: Professional Civil Process
             103 Vista View Trail
             Spicewood, TX, 78669
```

INVOICE DUE AND PAYABLE UPON RECEIPT (IF PAID BY INVOICE),
ALL CHARGES NOT PAID WITHIN 30 DAYS FROM THE FIRST MONTHLY
STATEMENT THAT CONTAINS THIS INVOICE ARE SUBJECT TO A SERVICE
CHARGE AT THE RATE OF .5% PER 30 DAYS, 6% PER ANNUM.

jackiem

**Exhibit D(1)**                    **Appendix Page No. 67**

# INVOICE

*Professional Civil Process*

REMIT PAYMENT TO:
*103 Vista View Trail*
*Spicewood, TX, 78669*

QUESTIONS REGARDING CHARGES ON THIS INVOICE ARE TO BE DIRECTED TO THE BILLING DEPARTMENT AT: (512) 477-3500

EIN NO.:76-0068034
A CORPORATION - NO 1099 REQUIRED

**Bill To:**
King, Jamie
Jamie King, P.C.
PO Box 5757
Kingwood TX 77325

| Customer | Date | Invoice |
|---|---|---|
| 10073 | 09/10/25 | A25803708 |

Phone: (832) 584-0106
Fax# : (888) 247-0443

**Case Info:** JOE HAND PROMOTIONS, INC.
vs. BARRA BRAVA 290 SPORTS & GRILL LLC, D/B/A BARRA BRAVA 290 SPORTS
**Court:** Southern District of Texas - Houston Division
**Case#:** 4:25-CV-03756
**Your Ref#:** JHP-25-43-BARRA BRAV Received On: 08/19/25

**Regarding:** Personally Served MARTINEZ, ALEX R. at 825 AUSTIN ST  SUITE 813 HEMPSTEAD, TX 77445 on 09/03/25 at 16:55:00
**Documents:** SUMMONS; CIVIL COVER SHEET; COMPLAINT; ORDER SETTING CONFERENCE; JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(F) FEDERAL RULES OF CIVL PROCEDURE; JUDGE ANDREW S.

```
AP   REGULAR ADD'L PAPER        35.00
ND   NOTARY FEE                 10.00
```

```
INVOICE TOTAL:    $    45.00
PAID TO DATE:     $      .00
LATE FEE:         $      .00
BALANCE DUE:      $    45.00
```

----------------------------------[PLEASE DETACH AND RETURN]------------------------

*Professional Civil Process*

~A25803708+

**Bill To:**
King, Jamie                                    a
Jamie King, P.C.
PO Box 5757
Kingwood TX 77325

| Customer | Date | Invoice |
|---|---|---|
| 10073 | 09/10/25 | A25803708 |

BALANCE DUE:    $ 45.00

Return to: Professional Civil Process
103 Vista View Trail
Spicewood, TX, 78669

INVOICE DUE AND PAYABLE UPON RECEIPT (IF PAID BY INVOICE),
ALL CHARGES NOT PAID WITHIN 30 DAYS FROM THE FIRST MONTHLY
STATEMENT THAT CONTAINS THIS INVOICE ARE SUBJECT TO A SERVICE
CHARGE AT THE RATE OF .5% PER 30 DAYS, 6% PER ANNUM.

jackiem

**Appendix Page No. 68**